# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Robinson,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-398

Affinia Group, Inc., et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 2, 2011 Order.

                                                 Signed: September 2, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court